226 So.2d 771

**Mrs. Evelyn FRANCIS**

v.

**UNIVERSAL LIFE INSURANCE COMPANY.**

No. 50010.

Oct. 8, 1969.

In re: Universal Life Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 223 So.2d 188.

The application is denied. The judgment complained of is correct.

■

226 So.2d 771

**Johnny GUILLORY**

v.

**LIBERTY MUTUAL INSURANCE COMPANY et al.**

No. 50017.

Oct. 8, 1969.

In re: Johnny Guillory applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 223 So.2d 413.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.